UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cr-00223-WCG |
| | ) | |
| | ) | |
| Peter Bernegger, | ) | |
| | ) | |
| Defendant. | ) | |

## Certificate of Service

I, Peter Bernegger, certifies under sworn oath penalty of perjury that on this same day I placed my REPLY to the Government's Response in the US Mail postpaid first class mail to the Clerk of this Court and to:

AUSA William Roach                                                          12-20-18
Attorney for Plaintiff
Ofc of US Attorney- E.D. of WI
205 Doty Street
Green Bay, WI   54301

Peter Bernegger